

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2022

No. 04-22-00526-CR

Arnoldo **DIAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12132
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

On October 4, 2022, appellant filed a Motion to Substitute Counsel stating his desire to substitute Daniel De La Garza for James P. Sieloff. After consideration, we **grant** the motion and **order** James P. Sieloff withdrawn as counsel of record and Daniel De La Garza substituted as counsel in his place.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court